UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

    Plaintiff,

    v.                                         Case No. 2:14–cv–1829

Thirteen Thousand Six Hundred        Judge Michael H. Watson
Fifty and 00/100 Dollars ($13,650.00)
In United States Currency,

    Defendant.

## ORDER

On October 5, 2015, Magistrate Judge King issued a report and recommendation ("R&R") recommending that claimant Ronnie R. Smith Jr.'s claim to the currency at issue in this case be dismissed for failure to prosecute and that judgment be entered in favor of the Government. R&R 2, ECF No 19.

Magistrate Judge King notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 2. She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.*

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. Ronnie R. Smith

Jr.'s claim is dismissed, and the Clerk shall enter judgment in favor of the Government.

IT IS SO ORDERED.

/s/ Michael H. Watson
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT